No. D–1611.   IN RE DISBARMENT OF BERNARD.   James Cur-
tiss Bernard, of Columbus, Ga., is suspended from the practice of

law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.